# United States Court of Appeals
### For the Eighth Circuit

_____

No. 20-2490
_____

United States of America,

*Plaintiff - Appellee,*

v.

Anthony Donte Richardson,

*Defendant - Appellant.*

_____

Appeal from United States District Court
for the Southern District of Iowa - Central

_____

Submitted: November 30, 2020
Filed: December 3, 2020
[Unpublished]

_____

Before COLLOTON, SHEPHERD, and KOBES, Circuit Judges.

_____

PER CURIAM.

Anthony Donte Richardson appeals the sentence imposed by the district court[1] after Richardson pleaded guilty to unlawful possession of a firearm as a felon. His

_____

[1]The Honorable Rebecca Goodgame Ebinger, United States District Judge for the Southern District of Iowa.

counsel has moved to withdraw, and has filed a brief under *Anders v. California*, 386 U.S. 738 (1967), challenging the substantive reasonableness of the sentence.

Under a deferential abuse-of-discretion standard, *see Gall v. United States*, 552 U.S. 38, 41 (2007), we conclude that the district court did not impose an unreasonable sentence. The court properly considered the factors set forth in 18 U.S.C. § 3553(a), and there is no indication that the court overlooked a relevant factor, gave significant weight to an improper or irrelevant factor, or committed a clear error of judgment in weighing relevant factors and imposing a sentence below the advisory sentencing guideline range. *See United States v. Feemster*, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc); *see also United States v. Mays*, 967 F.3d 748, 754 (8th Cir. 2020); *United States v. Dunn*, 928 F.3d 688, 694 (8th Cir. 2019). We have independently reviewed the record under *Penson v. Ohio*, 488 U.S. 75 (1988), and have found no nonfrivolous issues for appeal.

Accordingly, we grant counsel's motion to withdraw, and we affirm the judgment.

_____